Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

BALLARD SPAHR LLP
100 CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4617
(702) 471-7000 FAX (702) 471-7070

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FRED O. BARTHOLOMEW, an individual,

Plaintiff,

vs.

CHASE BANK USA, N.A., a national banking association; EQUIFAX, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company,

Defendants.

CASE NO.: 2:16-cv-00040-APG-CWH

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(First Request)**

Defendant JPMorgan Chase Bank, N.A., named herein as Chase Bank USA, N.A. ("Chase") and plaintiff Fred O. Bartholomew stipulate and agree that Chase has up to and including March 7, 2016 to respond to the complaint, to provide time for Chase to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase. This request is made in good

*[Continued on following page.]*

faith and not for purpose of delay.

Dated: February 2, 2016.

Ballard Spahr LLP

By: /s/ Lindsay Demaree
Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Attorneys for Defendants JPMorgan Chase Bank, N.A.*

LAW OFFICE OF KEVIN L. HERNANDEZ

By: /s/Kevin Hernandez
Kevin L. Hernandez
Nevada Bar No. 12594
2879 St. Rose Parkway, Suite 130A
Henderson, Nevada 89052
(702) 563-4450
kevin@kevinhernandezlaw.com

*Attorney for Plaintiff*

BALLARD SPAHR LLP
100 CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4617
(702) 471-7000 FAX (702) 471-7070

**ORDER**

IT IS SO ORDERED:

U. S. MAGISTRATE JUDGE

DATED: February 4, 2016