Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRED O. BARTHOLOMEW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A., a national banking association; EQUIFAX, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company,<br><br>Defendants. | CASE NO.:  2:16-cv-00040-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Defendant JPMorgan Chase Bank, N.A., named herein as Chase Bank USA, N.A.'s ("Chase") response to plaintiff Fred O. Bartholomew's complaint is currently due on March 7, 2016. Plaintiff and Chase stipulate and agree that Chase has up to and including March 21, 2016 to respond to the complaint, to provide time for Chase to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase. This request is made in good

*[Continued on following page.]*

DMWEST #13816848 v1

faith and not for purpose of delay.

Dated: March 3, 2016.

| Ballard Spahr LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Kevin Hernandez<br>Kevin L. Hernandez<br>Nevada Bar No. 12594<br>2879 St. Rose Parkway, Suite 130A<br>Henderson, Nevada 89052<br>(702) 563-4450<br>kevin@kevinhernandezlaw.com |
| *Attorneys for Attorneys for Defendants JPMorgan Chase Bank, N.A.* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 4, 2016

2

DMWEST #13816848 v1