Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRED O. BARTHOLOMEW, an individual; <br><br> Plaintiff, <br><br> v. <br><br> CHASE BANK USA, N.A., a national banking association; EQUIFAX, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company; <br><br> Defendants. | Case No.:  2:16-cv-00040-APG-CWH <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, Fred Bartholomew, and Defendant, Trans Union LLC (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

Page 1 of 3

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Trans Union LLC, with each party bearing their own attorneys' fees and costs incurred herein.

Respectfully Submitted.

DATED this 20th day of July, 2016.                    DATED this 20th day of July, 2016

**LAW OFFICE OF**                                              **LEWIS BRISBOIS BISGAARD**
**KEVIN L. HERNANDEZ**                              **& SMITH LLP**

*/s/ Kevin L. Hernandez*                                     */s/ Jason G. Revzin*            .
Kevin L. Hernandez, Esq.                                  Jason G. Revzin, Esq.
Nevada Bar No. 12594                                      Nevada Bar No. 8629
9555 S. Eastern Avenue, Suite 220A            6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89123                              Las Vegas, Nevada 89118
kevin@kevinhernandezlaw.com                   jason.revzin@lewisbrisbois.com
*Attorneys for Plaintiff*                                        *Attorneys for Defendant Trans Union LLC*

DATED this 20th day of July, 2016.

**BALLARD SPAHR LLP**

*/s/ Lindsay C. Demaree*
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
*Attorneys for Defendant JPMorgan Chase Bank, N.A*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC

Pursuant to the stipulation of the Parties under FRCP 41(a), Trans Union LLC is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred herein.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 21, 2016