Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRED O. BARTHOLOMEW, an individual; | Case No.: 2:16-cv-00040-APG-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT JP MORGAN CHASE BANK, N.A. (INCORRECTLY NAMED AS CHASE BANK USA, N.A.) WITH PREJUDICE** |
| CHASE BANK USA, N.A., a national banking association; EQUIFAX, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company; | |
| Defendants. | |

Plaintiff, Fred Bartholomew, and Defendant, JPMorgan Chase Bank, NA (improperly named as Chase Bank USA, N.A.) (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to JPMorgan Chase Bank, NA (improperly named as Chase Bank USA, N.A.), with each party bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: September 7, 2016.

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorneys for Plaintiff*

Dated: September 7, 2016.

**BALLARD SPAHR LLP**

*/s/ Abran E. Vigil*
Abran E. Vigil, Esq.
Nevada Bar No. 7548
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
*Attorneys for Defendant JPMorgan Chase Bank, N.A*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JP MORGAN CHASE BANK, N.A. (INCORECTLY NAMED AS CHASE BANK USA, N.A.)

Pursuant to the stipulation of the Parties, JPMorgan Chase Bank, NA (improperly named as Chase Bank USA, N.A.) is dismissed from this case with prejudice. Plaintiff and JPMorgan Chase Bank, NA (improperly named as Chase Bank USA, N.A.) will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 8, 2016

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT JP MORGAN CHASE BANK, NA (INCORRECTLY NAMED AS CHASE BANK USA, N.A.) WITH PREJUDICE** was electronically served via the U.S. District Court CM/ECF filing system to the following parties:

Abran E. Vigil, Esq.
Lindsay Demaree, Esq.
**BALLARD SPAHR LLP**
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
vigila@ballardspahr.com
demareel@ballardspahr.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Dated: September 7, 2016.

*/s/ Caesy Morales* .
Employee of the Law Office of Kevin L. Hernandez